MILDRED E. POWLEY, Respondent, *v.* STATE MUTUAL LIFE ASSURANCE COMPANY OF WORCESTER, Appellant.

Argued October 14, 1937; decided November 16, 1937.

*Louis P. Galli* and *William J. Moran* for appellant.

*Theodore J. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.